IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAE-JEAN REYNOLDS, as Special Administratrix of the Estate of Jessie Leonard, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:22-cv-1345<br>) |
| KEITH SHELTON, JOSHUA SMITH, JOSEPH REYNOLDS, DYLAN SHEETS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, and THE CONSOLIDATED CITY OF INDIANAPOLIS AND MARION COUNTY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF REMOVAL

The Defendants, Keith Shelton, Joshua Smith, Joseph Reynolds, Dylan Sheets, Indianapolis Metropolitan Police Department and the Consolidated City of Indianapolis and Marion County ("Defendants"), by counsel, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 file their notice that this case has been removed from the Marion County Superior Court, Cause Number 49D06-2206-CT-020670, to the United States District Court for the Southern District of Indiana, Indianapolis Division. In support of this notice, Defendants states:

1.  On June 27, 2022 Plaintiff filed a Complaint in the Marion County Superior Court and alleged, in part, "due process violation under U.S. Constitution Pursuant to 42 U.S.C § 1983."

2. This Court has original jurisdiction over civil actions arising under the Constitution and laws of the United States. 28 U.S.C. § 1331. Thus, this Court has original jurisdiction over this civil action because Plaintiff's claims arise under the Constitution and laws of the United States.

3. Defendants may remove this civil action because it was brought in State court when this Court had original jurisdiction over this action. *See* 28 U.S.C. § 1441(a).

4. Further, this Court has supplemental jurisdiction over Plaintiff's state-law claims. 28 U.S.C. § 1367.

5. Indeed, federal law grants Defendants the option of removing an entire action when this Court has original jurisdiction over the action. *See* 28 U.S.C.A. § 1441(c).

6. This notice of removal is being filed within 30 days of Defendants' receipt of the Plaintiff's Complaint and the Defendants shall submit copies of all process, pleadings, and orders served upon them pursuant to 28 U.S.C. § 1446(b).

7. There are currently no pending motions.

WHEREFORE, Defendants hereby remove this civil action from the Marion County Superior Court, Cause Number 49D06-2206-CT-020670 to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully Submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ John P. Lowrey*
John P. Lowrey (29349-53)

>Deputy Chief Litigation Counsel
>200 E. Washington Street, Suite 1601
>Indianapolis, IN 46204
>317.327.4055
>john.lowrey@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this Thursday, July 7, 2022 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a copy of the foregoing was served on July 7, 2022, via U.S. First Class Mail to:

>Brandon E. Tate
>Katherine A. Piscione
>WALDRON TATE BOWEN SPANDAU LLC
>156 E. Market St., 5th Floor
>Indianapolis, IN  46204
>brandon@wtbs-law.com
>katie@wtbs-law.com

>*/s/ John P. Lowrey*
>John P. Lowrey (29349-53)
>Deputy Chief Litigation Counsel