UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAE-JEAN REYNOLDS, as Special Administratrix of the Estate of Jessie Leonard, Deceased,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH SHELTON, *et al.*<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:22-cv-01345-RLY-MKK<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

Consistent with the Entry issued today granting Defendants' motion for summary judgment, the court now enters final judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 6th day of February 2024.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　RICHARD L. YOUNG, JUDGE
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ＿＿*Dina M. Doyle*＿＿＿＿＿
　　　Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

1